[No. 19240–0–I. Division One. December 23, 1987.]

LAWRENCE E. JACOBSON, *Plaintiff,* v. ROCOR PROPERTIES, INC., *Appellant,* JAMES GRENNAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–07160–5, Terrence A. Carroll, J., entered September 5, 1986. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 20535–8–I. Division One. December 23, 1987.]

LUCILLE MATHEWS, *Appellant,* v. WASHINGTON TEAMSTERS WELFARE TRUST, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–07576–5, R. Joseph Wesley, J. Pro Tem., entered October 8, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 17065–1–I. Division One. December 23, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. JAY A. CARLSON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00633–4, Gerald L. Knight, J., entered September 3, 1985. *Reversed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.